JOHN McNANEY, Individually and in Behalf of Others Similarly Situated, Appellant, *v.* FRANCIS G. HALL, et al., as Executors of SAMUEL S. HAMLIN, Deceased, et al., Respondents.

*McNaney* v. *Hall,* 86 Hun, 415, affirmed.
(Argued April 25, 1899; decided June 6, 1899.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fourth judicial department, entered May 18, 1895, affirming a judgment. in favor of defendants entered upon the report of a referee.

*E. J. Baldwin* for appellant.

*Charles J. Bissell* and *John A. Reynolds* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur, except MARTIN, J.. not sitting.